# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 22-cr-177 (SRN/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Robert Charles Banks, | |
| Defendant. | |

Allison Kim Ethen, Office of the United States Attorney, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 for the Government.

Thomas C. Plunkett, Attorney at Law, 101 East Fifth Street, Suite 1500, St Paul, MN 55101 for Defendant Banks.

This matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated December 2, 2022 [Doc. No. 39]. No objections have been filed to that Report and Recommendation in the time period permitted.

Accordingly, upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED THAT** Banks's Motion to Suppress Evidence Obtained Pursuant to the Execution of Search Warrants [Doc. No. 18] is **DENIED.**

Dated:   December 29, 2022                         s/Susan Richard Nelson
                                                   SUSAN RICHARD NELSON
                                                   United States District Judge